UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WENBIN JIANG, :
:
Plaintiff, :
: 22-CV-0671 (JMF)
-v- :
: ORDER
ALEJANDRO MAYORKAS et al, :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The Clerk of Court is directed to mail a copy of this Order and the Court's January 27, 2022 Order, ECF No. 6, to Plaintiff.

    SO ORDERED.

Dated: January 31, 2022
       New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge